UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOHAN ANTONIO AGUILAR-GRATEROL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN/FACILITY ADMINISTRATOR,<br><br>Respondent. | CASE NO. 2:26-cv-00997-LK<br><br>ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE |

This matter comes before the Court sua sponte. Petitioner Yohan Antonio Aguilar-Graterol filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 1, 2. Because Aguilar-Graterol is unrepresented and filing and receiving materials by mail, the Court ORDERS as follows to allow him sufficient time to file his reply and receive notice:

1. The reply deadline of April 13, 2026 is extended to April 27, 2026. The Government's response shall be renoted for April 27, 2026. However, if a reply is filed earlier than April 27, 2026, the Court will consider the habeas petition ripe for review at that time.

2. The government shall provide Aguilar-Graterol at least 7 days (168 hours) notice prior to any action to move or transfer him from the Western District of Washington or to remove him from the United States.

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

The Clerk shall mail a copy of this Order to Aguilar-Graterol.

Dated this 9th day of April, 2026.

Lauren King
United States District Judge

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 2